**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00400-PAB-MEH

GLENICE MARTINEZ,

    Plaintiff,

v.

JAMES QUINN, in his personal and official capacities,
PEGGY HEIL, in her personal and official capacities,
THE ESTATE OF TOM CLEMENTS,
LISA CLEMENTS, as the personal representative of the Estate of Tom Clements, and
ROGER WERHOLTZ, Acting Executive Director of the Department of Corrections, in his official capacity,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 35] of Judge Philip A. Brimmer entered on March 17, 2014, it is

**ORDERED** that the Motion to Dismiss Second Amended Complaint (Doc. #29) [Docket No. 31] filed by defendants James Quinn, Peggy Heil, the Estate of Tom Clements, Lisa Clements as the personal representative of the Estate of Tom Clements, and Roger Werholtz is **GRANTED**.  It is

**FURTHER ORDERED** that judgment is hereby entered in favor of the defendants and against the plaintiff.  It is

**FURTHER ORDERED** that Defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

**FURTHER ORDERED** that this case is **DISMISSED**.

Dated at Denver, Colorado this 18th day of March, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Kathy Preuitt-Parks

Kathy Preuitt-Parks
Deputy Clerk